**Hector RODRIGUEZ–FLORES, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**Lorena Soledad Rodriguez, Petitioner,**

v.

**John Ashcroft, Attorney General, Respondent.**

Nos. 03–73266, 03–73268.

Agency No. A75–755–279, A75–755–280.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 15, 2004.

John K. Vawter, Edddy, Canizales, & Repkin, LLP, San Diego, CA, for Petitioners.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Ernesto H. Molina, Jr., Nelda C. Ackerman, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondents.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

## MEMORANDUM **

Hector Rodriguez–Flores and his wife, Lorena Soledad Rodriguez, natives and citizens of Mexico, petition for review of an order of the Board of Immigration Appeals ("BIA") summarily affirming the decision of an immigration judge finding them ineligible for cancellation of removal. We dismiss the petition for lack of jurisdiction because Petitioners did not present to the BIA any of the issues they raise before this Court. *See Cortez–Acosta v. INS,* 234 F.3d 476, 480 (9th Cir.2000) (per curiam).

PETITION FOR REVIEW DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).